**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03262-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MICHAEL SEAN EDMOND,

    Plaintiff,

v.

BROADMOOR HOTEL, INC.,
DANA BARTON, Director of Recruitment,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Michael Sean Edmond, currently resides in Colorado Springs, Colorado. Mr. Edmond initiated this action by filing a Complaint.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Edmond will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Edmond files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   X   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   X   other: In the alternative, Mr. Edmond may pay the $400 filing fee.

**Complaint or Petition**:

(9) ___ is not submitted
(10) ___ is not on proper form
(11) ___ is missing an original signature by Plaintiff
(12) ___ is incomplete
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text
(15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___ other:

Accordingly, it is

ORDERED that Mr. Edmond cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Edmond files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Edmond shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 motion and affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Edmond fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 3, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge